denied. *Mr. George M. Naus* and *Cecil H. Clegg* for petitioner. No appearance for respondent.

No. 132. CRUSE, ADMINISTRATOR, ET AL. *v.* SABINE TRANSPORTATION Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. M. G. Adams* for petitioners. *Mr. M. A. Grace* for respondent.

No. 133. FORT WORTH *v.* ACTIVATED SLUDGE, INC. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. R. E. Rouer* for petitioner. *Mr. Lynn A. Williams* for respondent.

No. 134. BREEDLOVE, ADMINISTRATOR, *v.* FREUDENSTEIN, RECEIVER. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry M. Carroll* for petitioner. No appearance for respondent.

No. 136. MORSMAN *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Edgar M. Morsman, Jr.,* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 137. STIMSON ET AL. *v.* UNITED ADVERTISING CORP. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit